### Bush Jones WHITE, Movant-Appellant,

v.

### STATE of Missouri, Respondent.

### No. 49999.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 15, 1985.

Motion for Rehearing and/or Transfer Denied Nov. 21, 1985.

Application to Transfer Denied Jan. 15, 1986.

Henry B. Robertson, Public Defender, St. Louis, for movant-appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant appeals denial of Rule 27.26 motion without evidentiary hearing. Parties have been furnished a memorandum opinion for their use only. The case having no

ordinance and no opinion on this question is expressed.

precedential value is affirmed pursuant to Rule 84.16(b).